IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN OLESKY,<br><br>   Plaintiff,<br><br> v.<br><br>GW PHARMACEUTICALS, PLC, GEOFFREY GUY, JUSTIN GOVER, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, and LORD WILLIAM WALDEGRAVE,<br><br>   Defendants. | Civil Action No. 1:21-cv-02741-PAE |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jan Olesky hereby voluntarily dismisses Plaintiff's claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 3, 2021

                Respectfully submitted,

                By: */s/ Joshua M. Lifshitz*
                Joshua M. Lifshitz
                Email: jml@jlclasslaw.com
                **LIFSHITZ LAW FIRM, P.C.**
                1190 Broadway
                Hewlett, New York 11557
                Telephone: (516) 493-9780
                Facsimile: (516) 280-7376

                *Attorneys for Plaintiff*